IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MR. DARRELL JAMES DEBREW, | ) |
| | ) |
| Plaintiff, | ) Case No: 2:12-cv-00170-MHW-NMK |
| | ) |
| vs. | ) **Judge Michael Watson** |
| | ) **Magistrate Judge Norah King** |
| VICKIE STRINGER, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## STATUS REPORT

Defendant Triple Crown Publications, LLC, pursuant to this Court's Order filed October 17, 2012, hereby reports on the status of the above-captioned matter as follows:

1. The undersigned received a call from Marvin Harris, a Case Manager in the Atlanta office of the American Arbitration Association ("AAA") on October 5, 2012, who explained that several emails had been sent to me without response, upon which we determined that the AAA had a typographical error in my email address. He informed me that Mr. DeBrew had made a partial deposit and that the AAA was planning to appoint an arbitrator who would contact the parties regarding a preliminary hearing. Mr. Harris also informed me that the AAA was attempting to find an arbitrator who would handle the case on a pro bono basis.

2. By email dated October 23, 2012, Mr. Harris forwarded me the AAA's appointment of Harry J. Haynesworth, which included Mr. Haynesworth's agreement regarding compensation, a disclosure of potential conflicts, and his signed Oath of Arbitrator.

3. Mr. Harris contacted me in early November regarding potential dates on which a conference call could be held with Arbitrator Haynesworth consistent with Mr. DeBrew's availability. I agreed to several dates and on November 6, 2012 received a

1

letter from Mr. Harris setting the organizational conference call for November 9, 2012 at 10:30 AM and providing a call-in conference call number.

4. Arbitrator Haynesworth conducted the organizational meeting on November 9, 2012, at 10:30 AM with myself and Mr. DeBrew in attendance by telephone.

5. On November 12, 2012, Mr. Harris forwarded Arbitrator Haynesworth's Report of Preliminary Hearing and Scheduling Order, in which he set forth the following dates agreed upon by the parties:

a) Mr. DeBrew agreed to file his brief and relevant documents on or before November 16, 2012.

b) Triple Crown agreed to file its brief and relevant documents on or before December 14, 2012.

c) Both parties agreed to file additional briefs and documents, if any, on or before January 18, 2013.

d) The parties agreed the hearing would be deemed closed on February 1, 2013, unless the Arbitrator requests the parties to submit additional information.

e) The Arbitrator will submit a reasoned award on or before March 1, 2013.

f) All deadlines to be strictly enforced unless the scheduled is amended by further order of the Arbitrator.

6. Consistent for this Order, Mr. DeBrew timely served his Brief and relevant documents on November 12, 2012.

7. No further activities have taken place to date.

                                                                     Respectfully submitted,

                                                                          _____/s/_____
                                                                          James W. Wiggin III (0029482)
                                                                          Trial Attorney for Defendants Triple Crown Publications, LLC, Vickie Stringer and Baker & Taylor, Inc.
                                                                          517 City Park Ave.

Columbus, OH 43215-5708<br>
E: jameswwiggin@gmail.com<br>
T: 614-291-6424<br>
F: 614-291-6424

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Defendant Triple Crown's Status Report was electronically filed and delivered to counsel of record via the Court's CM/ECF system and to Plaintiff by ordinary U.S. mail, postage prepaid, this 3d day of December, 2012.

_____/s/_____<br>
James W. Wiggin III